IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRENT MAYON COBB,<br><br>                Plaintiff,<br><br>v.<br><br>JAMES WINDER et al.,<br><br>                Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:16-CV-885-JNP<br><br>District Judge Jill N. Parrish |

      Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2]  However, Plaintiff has not obeyed the Court's September 12, 2016 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]  The order was returned to sender, marked, "NOT AT THIS ADDRESS."  No forwarding address has been submitted.

      Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's case is DISMISSED without prejudice.  This case is CLOSED.

      DATED December 6, 2016.

                              BY THE COURT:

                              JUDGE JILL N. PARRISH
                              United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2016).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).